## MALABY and Wife *v.* KUNS.

Where notes are given to secure the purchase-money of land, payable respectively on or before a given day, under a contract that a deed is to be executed for the land on the payment of the notes, a suit cannot be maintained on either of the notes after the last has become due, unless a deed was tendered on or before the day when the last note matured.

ERROR to the *Carroll* Circuit Court.

SMITH, J.—This was an action of debt brought by the plaintiffs in error upon two promissory notes for 500 dollars each, one payable on the first day of *January*, 1848, and one on the first day of *January*, 1849.

The defendant pleaded, *inter alia*, that these notes, with two others, due in 1846 and 1847, and which had been paid, were given in consideration of an agreement by the plaintiffs to execute to him a deed for a certain tract of land *on the payment* of said four notes; and that the plaintiffs did not, on the *first day of January*, 1849, which was the day on which the last note became due, or *at any time previous to said day* (1), make, or offer to make, such

deed, on condition of the defendant's paying the balance of the purchase-money, or otherwise howsoever.

May Term, 1852.

The plaintiffs demurred to this plea, but the demurrer was overruled, and the defendant had judgment.

The plaintiffs contend that they were not bound to tender a deed on the day the last note became payable, but that, as it was to be made *on the payment of all the notes*, if such payment was not made on that day, they could at a subsequent day, within a reasonable time, tender a deed and sue on the notes.

The plea must, however, be held good under the former decisions of this Court. The same point was made in the case of *McCulloch et al.* v. *Dawson*, Ind. R. 245, (2) in which the principles involved are discussed at length.

*Per Curiam.*—The judgment is affirmed with costs.

*G. S. Orth* and *E. H. Brackett*, for the plaintiffs.

*D. D. Pratt* and *H. Allen*, for the defendant.

(1) The record shows that said last note was payable *on or before* the 1st day of *January*, 1849.

